NO. 07-05-0362-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 10, 2006

______________________________

VINCE ARTHUR HALL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 320
th
 DISTRICT COURT OF POTTER COUNTY;

NO. 49,685-D; HON. DON EMERSON, PRESIDING

_______________________________

ORDER OF DISMISSAL

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Vince Arthur Hall, appeals from an order revoking his community supervision.  The record does not contain a certification of his right to appeal as required by Texas Rule of Appellate Procedure 25.2(d).  Through letter dated November 30, 2005, this court notified the trial court, the district clerk, the district attorney and appellant’s attorney of this omission and the need for the certification.  To date, the certification has yet to be filed.  Consequently, we dismiss the appeal.  
See
 
Tex. R. App.
 
P. 
25.2(d) (requiring that the appeal be dismissed if a certification that shows that the defendant has a right to appeal has not been made part of the record).

Accordingly, the appeal is dismissed, and the pending motion for leave to extend the appellant’s briefing deadline is denied as moot.

Per Curiam

Do not publish.